CHAPTER 13 CASE# **14-41028-EJC**

DATE OF FILING: **Jun 30 2014 12:00AM**

**MARA LOVE**

**1657 CLOVERDALE DRIVE**

**SAVANNAH**, **GA 31415**

CREDITOR MEETING NOTES

Held on **Aug 1 2014 2:00PM**
Confirmation Hearing Date: **Sep 2 2014 12:00PM**
Continued Meeting Date: _____

FIRST MEETING

**APPEARANCES:**    Track # 37
☑ Debtor
☐ Spouse
☑ Attorney - **COLE, FLEMING AND CLARK PC**
☐ Trustee - OBM III
☐ Attorney for Trustee - AMS
☐ Attorney for Trustee - JWN
☑ Attorney for Trustee - LAG

Attorney Comment
ID: LA DL#
SSC# to be provided
_____
_____
_____

**\*\*Petition states you are changing jobs - have you?**
_____
_____
_____
_____
_____
_____
_____
_____

**\*\*Alternative vehicle?**
_____
_____
_____
_____
_____
_____
_____
_____
_____

Refund - $3026.00
_____
_____
_____
_____

Counseling Completed? ☑ Y ☐ N
Picture ID? ☑ Y ☐ N
Verified SSN? ☐ Y ☐ N
New Address: _____
_____

Paid to Date: **$69.23**   Unsec %: **0.000**   ProRata Amt: **$100.00**
Payment: **$150.00**   Plan Terms: **36** months
SDO ☑   Direct ☐
Self Employed: ☐ Y ☑ N
Real Estate: **NONE LISTED**
_____

R/E Owned: ☐ Jointly ☐ Solely
Value: $ _____
Debt: $ _____
Purchase Info: _____
_____

B/Accts or F.C.U: **CK & SAVS W/ NAVY FED CU**
Vehicle(s): **09 DODGE CHALLENGER-SURR**
_____

Exemptions OK? ☐ Y ☐ N
In GA 2 1/2 Yrs ☑ Y ☐ N
_____
R/E Exemption:   $1.00
Income Changes? ☐ Y ☐ N
_____
Expense Changes? ☐ Y ☐ N
_____
Pay Advices ☑ Y ☐ N
Bank Statements ☑ Y ☐ N
Tax Returns ☑ Y ☐ N
Above Median Income:   **N**
D/I Per Means Test $ _____
Min.to Gen/Unsecured $ _____
Filed all tax returns? ☑ Y ☐ N

2009 Honda Pilot - sold to car dealer - $17,000.00; used to pay bills

Transfers w/in 2 year? ☐ Y ☒ N

Lawsuits Pending? ☐ Y ☒ N
Prior Cases? ☐ Y ☒ N
DSOs: NONE LISTED

_____
_____
UST Information sheet? ☒ Y ☐ N

Read Pet. b/signing? ☒ Y ☐ N
Personally fam. w/info ☒ Y ☐ N
Petition complete ☒ Y ☐ N
CC: online
Any errors/omissions ☐ Y ☒ N

☒ Debtor Sworn   ☒ Concluded   ☐ Copy for Atty - Obj. needed
☐ Cont'd   ☐ Cont'd for SSN only   ☐ Cont'd for ID only
Cont'd Date: _____
Additional Comments:
Dr brought in the SSC office 8/7/2014 [lag_8/13/14]   _____